IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID PITLOR,

            Plaintiff,

    v.

TD AMERITRADE, INC. and CHARLES
SCHWAB & CO., INC.,

            Defendants.

**8:23CV407**

**ORDER**

This case is related to case number 8:20CV267. *See* NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B), this case is assigned to Senior District Judge John M. Gerrard for disposition and is assigned to the Pro Se Docket for judicial supervision.

IT IS SO ORDERED.

Dated this 14th day of September 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge